NEW JERSEY BELL TELEPHONE v.
DIRECTOR, DIVISION OF TAXATION.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY BOYNTON.

January 17, 1978. Petition for certification denied.

ROBERT MANIERI v. VOLKSWAGENWERK.

January 17, 1978. Petition for certification denied.

NL EMPLOYEES v.
DEPT. OF CIVIL SERVICE & DEPT. OF TRANSPORTATION.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE VASSOS.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR DORTCH.

January 17, 1978. Petition for certification denied.